CAUSE NO. 4:29-CV-1039

| | | |
|---|---|---|
| STEPHANIE J. LARUE | § | UNITED STATES DISTRICT COURT |
| | § | |
| Plaintiff, | § | |
| VS. | § | FOR THE |
| | § | |
| COLLATERAL RECOVERY TEAM, LLC, DANIEL BLISS, and CREDIT ACCEPTANCE CORPORATION | § | |
| Defendant. | § | SOUTHERN DISTRICT OF TEXAS |

## AFFIDAVIT OF SERVICE

On this day personally appeared **David Bush** who, being by me duly sworn, deposed and said:

"The following came to hand on Apr 04, **2019, 2:47 pm**, to be delivered to **COLLATERAL RECOVERY TEAM, LLC** , at **12021 Nacogdoches Rd, San Antonio, TX 78217**

### SUMMONS AND COMPLAINT,

and was executed at **12021 Nacogdoches Rd, San Antonio, TX 78217** within the county of **Bexar** at **10:04 AM** on **Fri, Apr 05 2019**, by delivering a true copy to the within named

### STEFANIE FASCHINGBAUER

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have personal knowledge of the facts stated herein and they are true and correct."

Description of recipient:
Age: 35; Ethnicity: Caucasian; Gender: Female; Weight: 160; Height: 5'5"; Hair: Blond;

David Bush
PSC 11303 EXP 1/31/2020

BEFORE ME, a Notary Public, on this day personally appeared **David Bush**, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are within his or her personal knowledge and are true and correct.

SUBSCRIBED AND SWORN TO ME ON April 8, 2019

Notary Public, State of Texas

VICTORIA LYNN MARTINEZ
Notary Public, State of Texas
Comm. Expires 01-28-2023
Notary ID 130094388