United States District Court
Southern District of Texas
**ENTERED**
May 29, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| STEPHANIE LARUE, § | |
|     Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION H-19-1039 |
| § | |
| COLLATERAL RECOVERY TEAM LLC, et al., § | |
|     Defendants. § | |

## ORDER STRIKING DOCUMENT

The Clerk has filed your Request for Clerk's entry of default (Dkt. 18); however, it is deficient as checked. (L.R. refers to the Local Rule of this District).

1. ☐ Document is not signed (L.R. 11.3).

2. ☐ Document does not comply with L.R.11.3.A.

3. ☐ Caption of the document is incomplete (L.R.10.1).

4. ☐ Motion does not comply with filing requirements of L.R. 5.

   a. ☐ No certificate of service or explanation why service is not required (L.R. 5.3);

   b. ☐ Discovery shall not be filed (L.R.5.4);

   c. ☐ Motions for default judgment must be served on the defendant/respondent by certified mail, return receipt requested (L.R. 5.5.).

5. ☐ Motion does not comply with L.R.7.

   a. ☐ No certificate of conference between counsel (L.R. 7.1.D(1));

   b. ☐ No statement of non-opposition (L.R.7.2);

   c. ☐ No separate proposed order attached (L.R. 7.1.C).

6. ☐ Motion to consolidate does not comply with L.R.7.6.

7. ■ Other: This court's procedures require that a party seeking a default judgment file a motion for default judgment under Rule 55(b)(2). This court does not enter clerk's entry of default filed under Rule 55(a). See Judge Miller's procedure 6E available online at "www.txs.uscourts.gov."

The documents are stricken from the record.

Signed at Houston, Texas on May 29, 2019.

_____
Gray H. Miller
Senior United States District Judge